IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANDRE DREW,

         **Plaintiff,**

v.

MURPHY, *et al.*,

         **Defendants.**

Case No. 23-cv-1096-SPM

# JUDGMENT IN A CIVIL CASE

**MCGLYNN, District Judge:**

    This action came before the Court, District Judge Stephen P. McGlynn, and the following decision was reached:

    Plaintiff shall recover nothing, and this entire action is **DISMISSED** with prejudice as frivolous and for failure to state a claim. The parties to bear their own costs.

    **DATED: July 29, 2024**

                                        MONICA A. STUMP,
                                        Clerk of Court

                                        By:   *s/Jo Ann Juengel*
                                                Deputy Clerk

**APPROVED:**   *s/Stephen P. McGlynn*
                    **STEPHEN P. MCGLYNN**
                    **United States District Judge**